IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES LAMONT TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 126-069 |
| | ) | |
| BRIAN K. EPPS; ROBERT LANIER | ) | |
| ANDERSON, III; ROBERT J. LUCK; and | ) | |
| EMBRY J. KIDD, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

There now being a conflict of interest, I hereby recuse myself from this case pursuant to 28 U.S.C. § 455.  The Clerk of Court is **DIRECTED** to forward a copy of this Order to the Chief District Judge for reassignment.

SO ORDERED this 20th day of April, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA