UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JAMES LAMONT TAYLOR,                )
                                    )
            Plaintiff,              )
                                    )
v.                                  )          CV126-069
                                    )
MAGISTRATE JUDGE                    )
BRIAN K. EPPS, *et al.*,            )
                                    )
            Defendants.             )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 6), to which objections have been filed, (doc. no. 7). Accordingly, the Report and Recommendation is **ADOPTED.** (Doc. no. 6.) Plaintiff's Complaint is **DISMISSED.** (Doc. no. 1.) The Clerk is **DIRECTED to CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of June, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA